UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Glen Myers

Defendant(s).
------------------------------------------------------X

Defendant **Glen Myers** hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ☒ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

**Glen Myers**
Print Defendant's Name

**Jeff Chabrowe**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7/31/2020
Date

_____
Sarah L. Cave
U.S. Magistrate Judge